NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1386

VIZIO, INC. and AMTRAN TECHNOLOGY CO., LTD.,

Appellants,

and

TPV TECHNOLOGY LTD., TPV INTERNATIONAL (USA), INC.,
TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD.,
and ENVISION PERIPHERALS, INC.,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

FUNAI ELECTRIC CO., LTD. and FUNAI CORPORATION,

Intervenors.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-617.

ON MOTION

Before PROST, Circuit Judge.

## O R D E R

The International Trade Commission moves for a 45-day extension of time, until October 19, 2009, to file its brief. Vizio, Inc. et al. move to expedite briefing and oral argument in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion for an extension of time is granted to the extent that the briefs of the ITC and Funai Electric Co., Ltd. et al. are due no later than October 9, 2009.

(2)    The motion to expedite is granted to the extent that Vizio's reply brief and the joint appendix are due no later than October 14, 2009. The case will be placed on the December calendar if practicable. The parties should not anticipate receiving further extensions of time to file their briefs.

FOR THE COURT

AUG 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Gregory A. Castanias, Esq.
       Mark A. Samuels, Esq.
       Daniel E. Valencia, Esq.
       Karl J. Kramer, Esq.
       Madison C. Jellins, Esq.
       Yitai Hu, Esq.
       Paul F. Brinkman, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 13 2009

JAN HORBALY
CLERK